CROSS ET AL. *v.* BRUNING ET AL.

No. 436, Misc.  Decided December 7, 1964.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.